IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | | |
|---|---|---|
| ANTHONY GAY, #B62251, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Law No. 11-cv-00027-JPG |
| | ) | |
| MARVIN F. POWERS, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendant, MARVIN F. POWERS, M.D., by THERESA M. POWELL, of HEYL, ROYSTER, VOELKER & ALLEN, his attorneys, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files his Notice of Removal with this Court, stating as follows:

1.   Marvin F. Powers, M.D. is the named Defendant in the above-entitled action.

2.   On April 13, 2010, the action was filed against the above-listed Defendant in the Circuit Court of the First Judicial Circuit of Illinois, Alexander County, and entitled Anthony Gay vs. Marvin Powers, No. 2010-MR-32.

3.   Defendant moved to dismiss Plaintiff's cause of action and the same was granted on October 8, 2010.  Plaintiff was granted leave to file an amended complaint by December 15, 2010.

4.   Counsel received a copy of plaintiff's amended complaint on December 13, 2010.

5.   The amended complaint includes the prior claims, but also now includes a Count I referencing "cruel and unusual punishment".

6. Counsel considers a reference to "cruel and unusual punishment" as a reference to the Eighth Amendment of the Constitution. It would appear that Plaintiff's Count I is a claim for deliberate indifference under Section 1983.

7. This Court therefore has jurisdiction of the above-entitled action (which involves questions of federal law) under 28 U.S.C. § 1331 and removal of the action to this Court is proper under 28 U.S.C. § 1441(b).

8. Copies of all process, pleadings and orders served on Dr. Powers in the above-entitled action in Alexander County are filed herewith, in accordance with 28 U.S.C. § 1446(a).

9. This Notice is filed with this Court within 30 days after receipt by Marvin F. Powers, M.D., of the amended complaint in the above-entitled action.

WHEREFORE, Defendant, MARVIN F. POWERS, M.D., prays that the above-entitled action be removed from the Circuit Court of the First Judicial Circuit of the State of Illinois, Alexander County, to this Court.

s/ Theresa M. Powell
Attorney for Defendant Powers
IL ARDC #: 6230402
Heyl, Royster, Voelker & Allen
Suite 575, PNC Bank Building
P.O. Box 1687
Springfield, IL 62705-1687
217.522.8822 Phone
217.523.3902 Fax
tpowell@heylroyster.com

## PROOF OF SERVICE

I hereby certify that on January 10, 2011, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that I have mailed by United States Postal Service the foregoing Notice of Removal to the following non-CM/ECF participants:

Anthony Gay #B62251
Tamms Correctional Center
Inmate Mail/Parcels
8500 Supermax Road
Tamms, IL  62988

s/ Theresa M. Powell<br>Theresa M. Powell

TMP/cs (S3374)
16308947_1.DOCX